FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL -6 PM 4: 50

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV199 |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| $114,980.00 IN UNITED STATES CURRENCY, | ) | JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Defendant. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | 114,980 | 6/7/5 |
| Bill Bander | For | Plaintiff | 6/15/05 |
| [signature] | For | | |
| | For | Plaintiff | 7/6/05 |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States magistrate judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| _____ | For | _____ | _____ |
| _____ | For | _____ | _____ |
| _____ | For | _____ | _____ |
| _____ | For | _____ | _____ |

## ORDER OF REFERENCE

     IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| July 6, 2005 | _[signature]_ |
|---|---|
| Date | United States District Judge |

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03